1
2
3
4
5

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

6
7

PATRICIA RONQUILLO,

8

                                    Plaintiff,

9

vs.

10

HSBC BANK USA, NAT'L ASS'N,

11

                                    Defendant.

12

Case No. 2:10-cv-01556-PMP-PAL

**ORDER**

(IFP App - Dkt. #1)

13      Plaintiff Patricia Ronquillo is proceeding in this action *pro se*, has requested authority pursuant

14  to 28 U.S.C. § 1915 to proceed *in forma pauperis,* and submitted a Complaint (Dkt. #1) on September

15  13, 2010.  This proceeding was referred to this court by Local Rule IB 1-9.  Plaintiff's Application to

16  Proceed *In Forma Pauperis* is missing the second page.  Thus, the court cannot determine whether

17  Plaintiff qualifies to proceed *in forma pauperis.*

18      Accordingly,

19      **IT IS ORDERED**:

20      1.      Plaintiff's Application to Proceed *In Forma Pauperis* (Dkt. #1) is DENIED WITHOUT

21              PREJUDICE.

22      2.      The Clerk of Court shall retain the Complaint and mail Plaintiff a new Application to

23              Proceed *In Forma Pauperis* for non-incarcerated litigants.

24      3.      Plaintiff shall have until **December 24, 2010,** in which to file the completed Application

25              to Proceed *In Forma Pauperis.*

26  / / /

27  / / /

28  / / /

4.      Failure to comply with this Order will result in a recommendation to the district judge

that Plaintiff's Complaint be dismissed without prejudice.

Dated this 24th day of November, 2010.


_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE

2