# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| PATRICIAL RONQUILLO,<br><br>    Plaintiff,<br><br>vs.<br><br>HSBC, BANK USA, N.A., a Corporation; STATE OF NEVADA, a Corporation; GREGORY L. WILDE, an individual; JAMIE GORSUCH, an individual,<br><br>    Defendants. | 2:10-CV-01556-PMP-PAL<br><br>**ORDER** |

       Before the Court for consideration is Defendants' Motion to Dismiss (Doc. #3), filed December 8, 2010, the Errata thereto (Doc. #8), Plaintiff's Objection in Response (Doc. #9), and Defendants' Reply Memorandum (Doc. #10), and good cause appearing,

       The Court finds that Defendants' Motion to Dismiss (Doc. #3) must be granted.

       Specifically, the Court finds that Plaintiff's Complaint fails to set forth claims upon which relief can be granted.  In particular, Plaintiff has failed to set forth cognizable claims for fraud or racketeering, nor any other claim upon which the Court could consider granting relief.

///

**IT IS THEREFORE ORDERED that** Defendants' Motion to Dismiss (Doc. #3) is **GRANTED**.

**IT IS FURTHER ORDERED that** Defendants' Request for Attorney Fees (Doc. #3) is **DENIED**.

DATED: January 10, 2011.

_____
PHILIP M. PRO
United States District Judge